# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ANGELA CHAPMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-cv-00650** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **MEHARRY MEDICAL COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant Meharry Medical College's Motion for Summary Judgment. (Doc. No. 42). In support of the Motion, Defendant filed a Memorandum (Doc. No. 43), Statement of Undisputed Material Facts (Doc. No. 44). Plaintiff responded to the Motion (Doc. No. 48) and to the Statement of Undisputed Material Facts (Doc. No. 49). Defendant filed a reply. (Doc. No. 54).

For the reasons discussed in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 42) is **GRANTED**, and this case is **DISMISSED**.

In light of this disposition, the Status Conference scheduled for August 13, 2021, is **CANCELLED**.

This Order shall constitute final judgment in this case under Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE