# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Angela Chapman

                                  Plaintiff,

v.                                                                                                  Case No.: 3:18−cv−00650

MeHarry Medical College School of Medicine

                                  Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/12/2021 re [65].

                                                                                                                  Lynda M. Hill
                                                                        s/ Kim Chastain, Deputy Clerk