FILED
2021 SEP 10 PM 12: 14
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Angela Chapman, )
    Plaintiff, )
) Case No. 3:18-cv-00650
v. )
Meharry Medical College, )
    Defendant. )
)

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Angela Chapman hereby appeals to the United States Court of Appeals for the Sixth Circuit from the ( X ) Judgment, ( ) Order, or ( ) Other (specify) _____ entered in this action on the 12th day of August, 2021.

(Signature)

Angela Chapman, *Pro Se*

(Address)
111 Whitsett Rd Apt A14
Nashville, TN 37210

(901) 857-9277
(Phone)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was sent to Baker, Donelson, Bearman, Caldwell & Berkowitz, PC 1600 West End Avenue, Suite 2000, Nashville, TN, 37203 on this 10th day of September, 2021.

Signature