**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 15, 2022

Mr. Mark A. Baugh
Mr. Denmark Grant
Baker Donelson
1600 West End Avenue
Suite 2000
Nashville, TN 37203

Angela Chapman
111 Whitsett Road
Apartment A14
Nashville, TN 37210

Re:  Case No. 21-5866, *Angela Chapman v. Meharry Medical College*
Originating Case No.: 3:18-cv-00650

Dear Counsel and Ms. Chapman,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours verytruly,

Deborah S. Hunt, Clerk

Antoinette Macon
Deputy Clerk

cc: Ms. Lynda M. Hill

Enclosures

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 15, 2022
DEBORAH S. HUNT, Clerk

No. 21-5866

ANGELA CHAPMAN

    Plaintiff-Appellant,

v.

MEHARRY MEDICAL COLLEGE,

    Defendant-Appellee.

Before:  McKEAGUE, WHITE, and READLER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk