# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|                      | 100 EAST FIFTH STREET, ROOM 540 |                      |
|----------------------|---------------------------------|----------------------|
| Deborah S. Hunt      | POTTER STEWART U.S. COURTHOUSE   | Tel. (513) 564-7000  |
| Clerk                | CINCINNATI, OHIO 45202-3988      | www.ca6.uscourts.gov |

Filed: February 08, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 21-5866, *Angela Chapman v. Meharry Medical College*
     Originating Case No. 3:18-cv-00650

Dear Ms. Hill:

   Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Patricia J. Elder, Senior Case Manager
                           for Antoinette Macon, Case Manager

cc:  Mr. Mark A. Baugh
     Ms. Angela Chapman
     Mr. Denmark Grant

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-5866

_____

Filed: February 08, 2023

ANGELA CHAPMAN

      Plaintiff - Appellant

v.

MEHARRY MEDICAL COLLEGE

      Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 06/15/2022 the mandate for this case hereby issues today.

COSTS:  None